**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-31-20

| | |
|---|---|
| XIAOFENG HONG, *on his own behalf and on behalf of others similarly situated* | |
| Plaintiff, | Civ. No. 19-cv-05073 |
| v. | ~~PROPOSED~~ JUDGMENT |
| SUSHI VILLAGE 53 INC d/b/a Seafood Village; SUSHI VILLAGE 52 INC d/b/a Sushi Village; XUEJUAN LIN; MEI RONG LIN; and YUN JIN REN | |
| Defendants. | |

The Honorable Vincent L. Briccetti, District Judge:

Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants by their attorneys, William Lou, of ML and Chen, P.C., having offered to allow judgment be taken against them by consent Plaintiff XIAOFENG HONG, in this action for a sum of Eleven Thousand ($11,000.00), including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiff XIAOFENG HONG suffered any damage; Plaintiff XIAOFENG HONG, through John Troy, TROY LAW PLLC, on January 30, 2020, having accepted and provided notice that he has accepted Defendants' Offer of Judgment, dated January 30, 2020, and the matter having come before this Court, the Court now renders its Order, that the VB Clerk should enter judgment dismissing the case **with prejudice** in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

ORDERED, ADJUDGED, AND DECREED, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **Eleven**

**Thousand ($11,000.00),** jointly and severally against Defendants SUSHI VILLAGE 53 INC d/b/a Seafood Village; SUSHI VILLAGE 52 INC d/b/a Sushi Village; XUEJUAN LIN, MEI RONG LIN, and YUN JIN REN, including attorney's fees and costs now accrued; plus post-judgment interest pursuant to 28 U.S.C. 1961; and that if any amounts remain unpaid upon the expiration of ninety days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: 1/31/2020

_____
U.S.D.J. Vincent L. Briccetti

All pending motions are moot. The conference scheduled for 1/31/2020 is cancelled. The Clerk is instructed to terminate the motion (Doc. #26) and close this case.